Donald E. CRUMBLE; Wanda E. Crumble, Plaintiffs–Appellants,

v.

NEW DIRECTIONS MORTGAGE COMPANY, INCORPORATED, a Virginia Corporation, Defendant–Appellee,

and

American Business Mortgage Services, Incorporated, a New Jersey Corporation; Brian Coles, Defendants.

No. 03–1524.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 10, 2003.

Decided Oct. 10, 2003.

Kimberly A. Taylor, Dewey B. Morris, Thompson & McMullan, Richmond, Virginia, for Appellants. Charles Arthur Gavin, Blackburn, Conte, Schilling & Click, P.C., Richmond, Virginia, for Appellee.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald and Wanda Crumble appeal the district court's order denying their motion to voluntarily dismiss their state law claim and awarding summary judgment to Defendant New Directions Mortgage Co., Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Crumble v. New Directions Mortgage Co., Inc.,* No. CA–02–653 (E.D.Va. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*